AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ALEMAYEHU GETACHEW,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  2:11-CV-00169**

**CENTRAL OHIO WORKFORCE**      **JUDGE EDMUND A. SARGUS, JR.**
**INVESTMENT CORPORATION, et al.,**     **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed August 6, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: August 6, 2013                       JOHN P. HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk